BERCHTOLD REALTY CO., INC., *ET AL.*, PLAINTIFFS-PETITIONERS, v. BOARD OF ADJUSTMENT OF BOROUGH OF PARAMUS, *ET ALS.*, DEFENDANTS-RESPONDENTS.

*Messrs. Wittman, Anzalone & Bernstein* for the petitioners.

*Messrs. Breslin & Breslin* for the respondents.

April 18, 1967. Denied.

LEONE HOMES, PLAINTIFF-PETITIONER, v. FRANK W. KOESTNER, *ET ALS.*, DEFENDANTS-RESPONDENTS.

*Messrs. Mainardi & Mainardi* for the petitioner.

*Messrs. Major & Major* for the respondents.

April 18, 1967. Denied.

LUCILLE GIANGRASSO, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. DEAN FLOOR COVERING CO., DEFENDANT-PETITIONER.

*Messrs. Schreiber & Lancaster* and *Mr. Gerald W. Conway* for the petitioner.

*Messrs. Seaman & Clark* and *Mr. Francis J. Lutz* for the respondents.

April 21, 1967. Granted.